Form oredefic

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: Chic Nails, Inc.
Debtor

Case No.: 6:23−bk−71690

Chapter: 11

### ORDER OF DEFICIENCIES

The document(s) denoted at the bottom of this order must be filed within the specified number of days from the date of the voluntary petition/date of conversion or the case MAY BE DISMISSED.** No hearing shall be held unless requested. If a response to this notice is filed, the Court will set the matter for hearing by subsequent notice. Official bankruptcy forms can be found at www.uscourts.gov.

**Exception: Cases with missing social security numbers(s) will be forwarded to the Assistant U.S. Trustee's office and not automatically dismissed. The event Bankruptcy Events > Miscellaneous > **Request for SSN Modification** should be entered in the case and Official Form 121 e−mailed to: dropbox@areb.uscourts.gov.

Any motion for extension of time to file subject document(s) or objection to the dismissal shall be filed (and served on the trustee) on or before the date the identified document is due. A motion for extension of time to file a creditor mailing matrix shall be filed and served within seven (7) days from the filing date of the voluntary petition, a motion for extension of time to file a statement of intention shall be filed and served within thirty (30) days from the filing date of the voluntary petition, and a motion for extension of time to file any other document identified on this order shall be filed and served within fourteen (14) days from the filing date of the voluntary petition.

PETITIONS FILED WITHOUT SCHEDULES D THROUGH F: If the creditor list filed with the petition was incomplete, the debtor(s) must (1) send 341(a) notice to omitted creditor(s) and (2) file amendment to creditor list (with $32.00 filing fee) listing only creditor(s) omitted from initial creditor list.

NOTICE: If paid in installments pursuant to General Order 32, the filing fee is to be paid in full on or before the date first set for the 341a meeting, unless otherwise ordered by the Court. Failure to pay filing fee when due will result in dismissal of the case unless the court orders otherwise upon proper motion. **No hearing shall be held unless requested. If a response to this notice is filed, the Court will set the matter for hearing by subsequent notice.**

**Due within seven (7) days from the filing date of the voluntary petition:**
Small Business Income Tax Return (separate entry)

**Due within 30 days from the filing date of the voluntary petition:**

**Due within 14 days from the filing date of the voluntary petition:**
Summary of Assets and Liabilities
Schedules A/B, D through H (non−individual)
Declaration Under Penalty of Perjury for Non−Individual Debtors
Statement of Financial Affairs
Disclosure of Compensation of Attorney
Corporate Resolution
Equity Security Holders − Ch 11

**Signature block "/s/ *name*" is missing from:**
N/A

Dated: 11/13/23

UNITED STATES BANKRUPTCY JUDGE