# IN THE UNITED STATES BANKRTUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

IN RE:  CHIC NAILS, INC.　　　　　　　　　　　　　　CASE NO.: 6:23-bk-71690
　　　　　　DEBTOR　　　　　　　　　　　　　　　　CHAPTER 11, Subchapter V

### ORDER CONFIRMING AMENDED PLAN DATED 3/15/24

Now on this day, 31st day of May, comes on for confirmation the Plan of Reorganization (Doc #48) ("Plan") of the debtor, Chic Nails, Inc. The debtor is represented by Marc Honey, and the Honey Law Firm, P.A. The United States Trustee is represented by Joseph DiPietro, trial attorney for the United States Trustee. The Subchapter V Trustee is Beverly Brister.  With all facts and matters before the Court, it is found and concluded as follows:

1. That this court has jurisdiction of this core proceeding pursuant to 28 U.S.C. § 157 and 11 U.S.C. §§ 301, 302, 1129, and 1191.

2. The court finds that the Plan meets with all applicable provisions of Title 11 of the United States Code.

3. The court finds that the Report of Balloting on the Acceptance or Rejection of the Amended Plan of Reorganization (Doc #74) that was filed by the debtor is an accurate account of the ballots received, and such Report is received and said Report is hereby incorporated by reference into this Order as if appearing word for word.

4. The deadline for accepting ballots is extended to May 14, 2024, and includes the acceptance of Arvest Bank pursuant to the Order entered at docket #67.

5. The deadline for filing the Plan is extended to March 15, 2024, pursuant to 11 U.S.C. §1189(b) since the extension is attributable to the circumstances for which the debtor should not be justly held accountable.  Debtor's father was hospitalized with terminal

cancer during the period when the plan was due, which prohibited her from participating in the preparation of the Plan. The U.S. Trustee has agreed to the extension within the Order entered on May 16, 2024 (Doc. #76).

6. The Plan does not include any third-party releases.

7. The court finds that the proponent of the Plan, the debtor, has complied with all applicable provisions of Title 11 of the United States Code.

8. The court finds that the classification of interest in the Plan is reasonable and does not unfairly discriminate between similar creditors. The court further finds that no other party has proposed a plan of any other kind.

9. The court finds that four classes of claims in the Plan are impaired. Class 1 is not impaired and did not vote. Class 2 creditor, Small Business Association accepted the Plan. Class 3 creditor, Arvest Bank accepted the Plan. Class 4 creditor, Mercedez Benz Financial did not vote. Class 5 creditors, Small Business Association and American Express accepted the Plan. Class 5 creditor, Rapid Finance rejected the Plan.

10. The court finds that no class has voted to reject the Plan and the Plan is a consensual plan as defined by 11 U.S.C. § 1191(a).

11. The court finds that the Plan is feasible.

12. No other Plan proposed by the debtor, or any other person or entity has been confirmed.

13. The impaired class containing the claim of Arvest Bank (Class 3) was originally treated as a secured creditor with collateral valued at zero and, thus, treated according to Class 5 of the Plan. The parties have now agreed that the creditor shall be paid in full through the Chapter 13 Plan of Ngan Nguyen, who is the principle of the debtor in this case, pursuant to the order entered herein on May 28, 2024 (Doc. #82).

14. The court finds that the amendments to the Plan set forth in Paragraph 14 above do not negatively impact the treatment of any other creditor in this case.

15. The court finds that good and appropriate notice was given to all creditors in the case and that no further notice to any creditor is necessary before the Plan is confirmed.

**IT IS THERFORE ORDERED** that all applicable requirements of 11 U.S.C. §1129 and §1191 have been met by the debtor in the Plan, that such Plan is consensual as defined in 11 U.S.C. §1191(a), and as such, said Plan is hereby confirmed.

_____
Honorable Bianca M. Rucker
United States Bankruptcy Judge
Dated: 07/22/2024

**APPROVED:**

   _/s/ Marc Honey_____
Marc Honey
Honey Law Firm, P.A.
Attorneys for Debtor


   _/s/ Joseph DiPietro_____
Joseph DiPietro
Attorney for U.S. Trustee


   _/s/ Beverly Brister_____
Beverly Brister, Subchapter V Trustee


cc:     Debtor, Chic Nails, Inc.
        Debtor's Counsel, Marc Honey
        Subchapter V Trustee, Beverly Brister

United States Trustee
All creditors per matrix